**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Davontae Wheeler,

Petitioner,

v.

Gabriela Najera, et al.,

Respondents.

Case No.: 2:26-cv-03053-JAD-EJY

**Order Screening the Petition and Granting IFP Application and Motion for Appointment of Counsel**

[ECF Nos. 1, 1-1, 1-2]

Pro se Petitioner Davontae Wheeler filed this 28 U.S.C. § 2254 petition for writ of habeas corpus,[1] challenging his 2020 conviction for conspiracy to commit robbery and second-degree murder, an application for leave to proceed in forma pauperis, and a motion for appointment of counsel.[2] On initial review under the Habeas Rules[3], I direct service of the petition. I find that the appointment of counsel is in the interests of justice, so **I provisionally appoint the Federal Public Defender to represent Wheeler in this case**.

Wheeler is currently serving a lengthy aggregate sentence term of 12 years to life. On the first round of appeals for Wheeler's state postconviction habeas petition, the Nevada appellate court remanded the matter for an evidentiary hearing on two of Wheeler's claims. Earlier this year, following the ordered evidentiary hearing, the Nevada Court of Appeals affirmed the denial of postconviction relief. I find that the petition raises relatively complex issues, including numerous claims of ineffective assistance of counsel, multiple rounds of postconviction appeals,

---

[1] ECF No. 1-1.

[2] ECF Nos. 1, 1-2.

[3] All references to a "Habeas Rule" or the "Habeas Rules" in this order identify the Rules Governing Section 2254 Cases in the United States District Courts.

and an evidentiary hearing ordered by the state appellate court on remand. In addition, Wheeler is financially eligible for appointment of counsel and in forma pauperis status.[4]

**IT IS THEREFORE ORDERED** that:

1. Petitioner Davontae Wheeler's IFP Application **[ECF No. 1] is GRANTED**.
2. Wheeler's Motion for Appointment of Counsel **[ECF No. 1-2] is GRANTED. The Federal Public Defender is provisionally appointed as counsel and will have until November 30, 2026, to undertake direct representation of the petitioner or to indicate the office's inability to represent the petitioner in these proceedings.** If the Federal Public Defender is unable to represent the petitioner, the court will appoint alternate counsel. Counsel appointed will represent the petitioner in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw. A deadline for the filing of an amended petition or seeking other relief will be set after counsel has entered an appearance.
3. Any deadline established or any extension thereof will not signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition or by granting any extension thereof, the court makes no finding or representation that the petition, any amendments thereto, or any claims contained therein are not subject to dismissal as untimely.[5]

---

[4] 18 U.S.C. § 3006A.

[5] *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

4. **The Clerk of Court is directed to ADD** Aaron D. Ford, Attorney General of the State of Nevada, as counsel for respondents, and provide the respondents an electronic copy of all items previously filed in this case by regenerating the notice of electronic filing to the Office of the AG only. **Respondents' counsel must enter a notice of appearance within 21 days of entry of this order**, but no further response will be required from respondents until instructed in a scheduling order.

5. **The Clerk of Court is further directed to SEND** a copy of this order to the *pro se* petitioner, the Nevada Attorney General, the Federal Public Defender, and the CJA Coordinator for this division, and to **provide** the Federal Public Defender with copies of all prior filings in this case by regenerating notices of electronic filing.

U.S. District Judge Jennifer A. Dorsey
November 16, 2026